UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT BABUR BASAT,

                    Plaintiff(s),                                Case No. 08-13743

v.                                                               Judge  Denise Page Hood

THOMAS BELL,                                                     Magistrate Judge

                    Defendant(s).
_____/

NOTICE OF CORRECTION

        Docket entry number __23__, filed _____10/7/2015_____, has been modified.  The explanation for the correction

is stated below.

☐   The docket entry was made on the wrong case.

☑   The corresponding document image was missing or incomplete.

☐   The wrong document image was associated.

☐   The wrong judicial officer was listed on the case docket.

☐   The filer information was inaccurate or omitted from the docket text.

☐   The judicial officer information was inaccurate or omitted from the docket text.

☐   The docket text was changed to include the Partial Payment Order.

☐   Other:

        If you need further clarification or assistance, please contact _____Julie Owens_____ at __(313) 234-5137__.

                                        DAVID J. WEAVER, CLERK OF COURT

Dated: _October 7, 2015_____                s/Teresa McGovern_____
                                                Deputy Clerk